IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff - Appellant,<br><br>v.<br><br>NICHOLAS ROSKE,<br>    Defendant - Appellee. | No. 25-4598 |

### UNITED STATES'S CONSENTED-TO FIRST MOTION
### TO EXTEND TIME TO FILE OPENING BRIEF AND APPENDIX

The United States hereby moves the Court to extend its time to file an opening brief and appendix. *See* Fed. R. App. P. 26(b) (providing that, "[f]or good cause, the court may extend the time prescribed . . . by its order to perform any act"). The brief and appendix are currently due on February 12, 2026. Dkt. 10. The United States is seeking to extend that deadline by 30 days, resulting in a new deadline of Monday, March 16, 2026. *See* Fed. R. App. P. 26(a)(1)(C). Appellee Nicholas Roske has been informed of this motion through counsel and consents to it.

The United States has good cause for this first extension of the deadline. The undersigned is new to this case and did not participate in the trial proceedings below. He has not been able to turn to this appeal yet because of his heavy workload, which includes seven other briefs due in the next four weeks, nearly all of which have received one to two extensions of time. Since this Court's January Oral Argument

1

Session at the end of last month, the undersigned has (1) substantively reviewed and commented on the government's brief in opposition to certiorari in S. Ct. No. 25-774, *Eric Tyrell Johnson v. United States*; (2) helped draft, substantively reviewed, and edited the government's response brief in No. 25-4230, *United States v. Idrissa Bagayoko* (filed Feb. 9, 2026); and (3) completed an initial draft of the government's response brief in No. 25-4380, *United States v. Maureen Ann Wilson* (due Mar. 4, 2026). This traditional appellate work constitutes only a fraction of the work the undersigned does as his office's Appellate Chief. And he must complete his work on at least a few older appeals before he can turn his attention to this newer one.

The undersigned does not request this extension of time for purposes of delay but because of all his other responsibilities as his office's Appellate Chief, which he works long hours to diligently complete.

**WHEREFORE,** the government respectfully asks that the Court grant this consent motion and extend until Monday, March 16, 2026, its time to file an opening brief and appendix.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

/s/ David C. Bornstein
Assistant United States Attorney
Chief, Appellate Division
36 South Charles Street, 4th Floor

2

Baltimore, Maryland 21201
(410) 209-4800

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION AND TYPEFACE AND TYPE-STYLE REQUIREMENTS

This motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains <u>362</u> words.

This motion also complies with the typeface and type-style requirements in Fed. R. App. P. 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced serif typeface and plain, roman style using Times New Roman in 14 point.

Dated:  February 11, 2026.                    <u>/s/ David C. Bornstein</u>
                                              Assistant United States Attorney