FILED: February 12, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4598
(8:22-cr-00209-DLB-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellant

v.

NICHOLAS JOHN ROSKE

        Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 03/16/2026

Opening brief due: 03/16/2026

Response brief due: 04/06/2026

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk