IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff - Appellant, <br><br> v. <br><br> NICHOLAS ROSKE, <br>         Defendant - Appellee. | No. 25-4598 |

### UNITED STATES'S CONSENTED-TO SECOND MOTION
### TO EXTEND TIME TO FILE OPENING BRIEF AND APPENDIX

The United States hereby moves the Court to extend its time to file an opening brief and appendix. *See* Fed. R. App. P. 26(b) (providing that, "[f]or good cause, the court may extend the time prescribed . . . by its order to perform any act"). The brief and appendix are currently due tomorrow. Dkt. 12. The United States seeks to extend this deadline by one month, resulting in a new deadline of April 16, 2026. Appellee Nicholas Roske has been informed of this motion through counsel and consents.

The United States has good cause for this second extension of the deadline. The undersigned is new to this case and did not participate in the proceedings below. He has been able to turn to this appeal only recently because of his heavy workload. In the past month, he has: (1) drafted and filed the government's response brief in No. 25-4450, *United States v. Shawn Christopher Malley* (filed Feb. 23, 2026); (2) substantively reviewed and recommended edits for the government's response brief

1

in No. 25-4246, *United States v. Jalen Kelley* (filed Feb. 24, 2026); (3) drafted and filed the government's motion to dismiss the appeals or summarily affirm in Nos. 24-4296 & 24-4517, *United States v. Wayne Prince & David Warren* (filed Feb. 25, 2026); (4) substantively edited and reviewed the government's response brief in No. 25-4464, *United States v. Biniah Carter* (filed Feb. 27, 2026); (5) drafted and filed the government's response brief in No. 25-4380, *United States v. Maureen Wilson* (filed Mar. 4, 2026); (6) prepared for and mooted his colleague for her upcoming oral argument in Nos. 24-4125 & 24-4127, *United States v. Willie Hicks & Mary Ann Mendoza* (to be argued Mar. 20, 2026); and (7) started the process of substantively reviewing and editing the government's response brief in No. 25-4226, *United States v. Thomas Williams* (due Mar. 30, 2026). This traditional appellate work constitutes only a fraction of the work the undersigned does as his office's Appellate Chief.

The undersigned does not request this extension of time for purposes of delay but because of all his other responsibilities as his office's Appellate Chief, which he works long hours to diligently complete.

**WHEREFORE,** the government respectfully asks that the Court grant this consent motion and extend until Thursday, April 16, 2026, its time to file an opening brief and appendix.

Respectfully submitted,

Kelly O. Hayes

2

        United States Attorney

        <u>/s/ David C. Bornstein</u>
        Assistant United States Attorney
        Chief, Appellate Division
        36 South Charles Street, 4th Floor
        Baltimore, Maryland 21201
        (410) 209-4800

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION AND TYPEFACE AND TYPE-STYLE REQUIREMENTS

This motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains <u>395</u> words.

This motion also complies with the typeface and type-style requirements in Fed. R. App. P. 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced serif typeface and plain, roman style using Times New Roman in 14 point.

Dated:  March 15, 2026.        <u>/s/ David C. Bornstein</u>
        Assistant United States Attorney