FILED: June 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4598
(8:22-cr-00209-DLB-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

NICHOLAS JOHN ROSKE

Defendant - Appellee

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court seals the opening brief and volumes III and IV of the joint appendix.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk