FILED:  June 25, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4598
(8:22-cr-00209-DLB-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

NICHOLAS JOHN ROSKE

Defendant - Appellee

-------------------------------

AMERICA FIRST LEGAL FOUNDATION

Amicus Supporting Appellant

_____

O R D E R

_____

America First Legal Foundation has filed an amicus curiae brief with the

consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk