FILED: July 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4598
(8:22-cr-00209-DLB-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

NICHOLAS JOHN ROSKE

       Defendant - Appellee

-------------------------------

AMERICA FIRST LEGAL FOUNDATION

       Amicus Supporting Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 08/13/2026

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk