IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff/Appellant,*<br>v.<br>NICHOLAS JOHN ROSKE,<br>*Defendant/Appellee.* | Case No. 25-4598 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S RESPONSE BRIEF**

Defendant/Appellee, by and through undersigned counsel, hereby moves this Court pursuant to Federal Rule of Appellate Procedure 26(b) for a one-month extension of the deadline to file a response brief in the above-captioned case.

Undersigned counsel believes a one-month extension of time is necessary to submit a concise brief in response to the government's opening brief, which was filed on June 22, 2026, following five extensions of time. Counsel did not represent Defendant during the proceedings below and is familiarizing herself with the record and the client. This is counsel's third and final request for an extension of time.

Counsel has had insufficient time to devote to the response brief due, in part, to her work on a recently authorized capital case, *United States v. David Turner*, Case No. ABA-25-0352, for which she has spent roughly two weeks in specialized training between July and September. Counsel also is responsible for reviewing all pro se motions for reduced sentences filed in the District Court of Maryland under 18 U.S.C. § 3582(c) and recommending cases for which counsel should be appointed. With these other obligations, counsel has nearly completed an initial draft of the response brief in this case. But additional time is needed to consult with the client and trial counsel before the brief is finalized.

Counsel has informed the government, through Assistant U.S. Attorney David C. Bornstein, Chief of the Appellate Division, of the intended filing of this motion. The government consents to the requested relief.

Accordingly, Defendant respectfully requests that this Court extend the deadline for filing the response brief by one month, from September 14, 2026, until October 14, 2026.

Respectfully submitted this 8th day of September, 2026.

JAMES WYDA
Federal Public Defender for the
District of Maryland

*/s/ Sapna Mirchandani*
Sapna Mirchandani
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 344-0600
*sapna_mirchandani@fd.org*

*Counsel for Defendant/Appellee*

CERTIFICATE OF SERVICE

This is to certify that the foregoing Consent Motion for Extension of Time to File Appellee's Response Brief was filed electronically via CM/ECF, which automatically sends notice of such filing to all registered counsel of record including:

David C. Bornstein
Assistant U.S. Attorney
Chief, Appellate Division
U.S. Attorney's Office
36 South Charles Street, 4th Floor
Baltimore, MD 21201

on this 8th day of September, 2026.

*/s/ Sapna Mirchandani*
Sapna Mirchandani